AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

TODD MICHAEL PREE

*Plaintiff(s)*

v.

TAMARA LYNN NICOLA, and
NICOLA FAMILY LAW, P.A.,

*Defendant(s)*

Civil Action No. 6:18-CV-075-ORL-37-GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tamara Nicola     Nicola Family Law PA
681 Goodlette Road North
Suite 210
Naples FL 34102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

~~Tamara Nicola, ESQ~~
~~681 Goodlette Road North~~
~~Suite 210~~
~~Naples FL 34102~~

Todd Pree
3527 Plover Ave
Naples FL 34117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/16/2018

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*